STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00685-RSM
### Internal Use Only

Adams v. Menu Foods                                    Date Filed: 05/03/2007
Assigned to: Hon. Ricardo S Martinez                   Jury Demand: None
Cause: 28:1332 Diversity-Breach of Contract            Nature of Suit: 195 Contract Product Liability
                                                       Jurisdiction: Diversity

**Plaintiff**

**Michelle Adams**                        represented by  **Michael David Myers**
*individually and on behalf of all others similarly*      MYERS & COMPANY
*situated*                                                1809 7TH AVE
                                                          STE 700
                                                          SEATTLE, WA 98101
                                                          206-398-1188
                                                          Fax: FAX 398-1189
                                                          Email: mmyers@myers-company.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steve W. Berman**
                                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                                          1301 5TH AVE
                                                          STE 2900
                                                          SEATTLE, WA 98101
                                                          206-623-7292
                                                          Email: steve@hbsslaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**                            represented by  **Gary A. Trabolsi**
*a foreign corporation*                                   GARDNER BOND TRABOLSI MCDONALD &
                                                          CLEMENT
                                                          2200 6TH AVE
                                                          STE 600
                                                          SEATTLE, WA 98121
                                                          206-256-6309
                                                          Email: gtrabolsi@gardnerbond.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey T Kestle**
                                                          GARDNER BOND TRABOLSI ST LOUIS &
                                                          CLEMENT
                                                          2200 6TH AVE
                                                          STE 600
                                                          SEATTLE, WA 98121
                                                          206-256-6309
                                                          Email: jkestle@gardnerbond.com
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

Dockets.Justia.com

| 05/03/2007 | 1 | CLASS ACTION COMPLAINT against defendant Menu Foods (Summons NOT issued)(Receipt # SEA 9093), filed by Michelle Adams. (Attachments: # 1 Civil Cover Sheet)(MKB) (Entered: 05/07/2007) |
| 05/15/2007 | 2 | STIPULATION AND PROPOSED ORDER *Staying All Proceedings and for Preservation of Evidence* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/15/2007) |
| 05/16/2007 | 3 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Ricardo S Martinez. (RS, ) (Entered: 05/17/2007) |
| 07/06/2007 | 4 | NOTICE *of Multidistrict Consolidation Pursuant to 28 U.S.C. Section 1407 and Request to Maintain Stay* ; filed by Defendant Menu Foods. (Attachments: # 1 # 2)(Kestle, Jeffrey) (Entered: 07/06/2007) |
| 07/20/2007 | 5 | NOTICE from MDL Panel with copy of CTO-1 re MDL 1850 in re Pet Foods(RS, ) (Entered: 07/23/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By   S/Rhonda Stiles
     Deputy Clerk